UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    - v. -                          :         APPLICATION AND
                                                UNSEALING ORDER
JOSE FRANCISCO MENDOZA,             :
  a/k/a "Jose Vidales-Mendoza,"    :         S1 07 Cr. 756
  a/k/a "Juan Carlos Flores,"      :
  a/k/a "Pepe,"                    :
FRANCISCO AMBRIZ, JR.,              :
  a/k/a "Pee Wee,"                 :
ALBA NAZARIO,                       :
  a/k/a "La Flaca,"                :
  a/k/a "Geovany,"                 :
JEIMY ORTIZ,                        :
EMERSON GUZMAN,                     :
  a/k/a "Flaco,"                   :
  a/k/a "Charlie,"                 :
ELVIS TEJADA,                       :
ROSALY GARCIA-GUZMAN,                :
  a/k/a "Charlie,"                 :
  a/k/a "Shally,"                  :
CANDIDO RAFAEL FERNANDEZ,           :
  a/k/a "Ralphie,"                 :
CESAR ESTEVEZ,                      :
  a/k/a "Boli,"                    :
  a/k/a "Bolivita,"                :

           Defendants.         :

- - - - - - - - - - - - - - - - x



       The United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, and Rua M. Kelly, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order: (1) to unseal the Indictment in the above-captioned matter; and (2) to make

0293

publicly available a copy of the Indictment.

                    MICHAEL J. GARCIA
                    United States Attorney
                    Southern District of New York

       By: _____
                    Rua M. Kelly
                    Assistant United States Attorney
                    Southern District of New York
                    (212) 637-2471

IT IS SO ORDERED:

Dated: New York, New York
       August __, 2007

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

0293