```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

-v-

JOSE FRANCISCO MENDOZA, et al.,

        Defendants.

No. 07 Cr. 756 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on January 4, 2008, the Court adopted the following schedule:

    Defendants' motions shall be filed not later than February 4, 2008.

    The government's opposition papers shall be filed not later than March 7, 2008.

    Reply papers, if any, shall be filed not later than March 17, 2008.

    The Court shall hold a status conference on March 4, 2008 at 12:00 p.m.

    Additionally, counsel for defendant Mendoza shall notify the Court, not later than January 14, 2008, whether he intends to withdraw all or a portion of defendant Mendoza's pending recusal motion.

SO ORDERED.

Dated:    January 4, 2008
           New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE