**DANIEL NOBEL**
Attorney at Law

Telephone: (212) 219 2870
Fax:       (212) 219-9255
e-mail:    dannobelesq@aol.com

401 Broadway, 25th Floor
New York, NY 10013

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08
```

March 4, 2008

Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

By fax

    Re:  United States v. Mendoza, incl. Jeimy Ortiz
       S2 07 Cr. 756

Dear Judge Sullivan:

  I write to inform the Court that I continue to be engaged in a long running trial before the Honorable Denis R. Hurley at the Central Islip courthouse of the United States District Court for the Eastern District of New York. Mr. Francisco Celedonio will appear in my behalf at the conference scheduled for this date.

  Mr. Celedonio will present a request that the bail conditions for Mr. Ortiz be modified to permit travel to the District of New Jersey. This request is made pursuant to discussions with Mr. Ortiz's Pretrial Services Officer, Edward Santos. I also presented this request to AUSA Rua M. Kelly. She has no objection to this modification in Mr. Ortiz's travel restrictions.

          Respectfully submitted,

          /s/ Daniel Nobel
          Daniel Nobel

cc: AUSA Rua M. Kelly
  By e-mail attachment

*Having discussed this matter with Edward Santos of PTS, the Court hereby modifies Mr. Ortiz's bail conditions to allow for travel to and from the District of New Jersey for employment purposes.*

SO ORDERED
Dated: 3/4/08
/s/ Richard J. Sullivan
RICHARD J. SULLIVAN
U.S.D.J.