```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  x
                                    :
UNITED STATES OF AMERICA            :
                                    :
     - v. -                         :                    ECF CASE
                                    :
JOSE MANUEL CARRANZA-IBANEZ,        :         NOTICE OF APPEARANCE AND
   a/k/a "Little Joe,"              :         REQUEST FOR ELECTRONIC
   a/k/a "Khaki,"                   :                 NOTIFICATION
JOSE FRANCISCO MENDOZA,             :
   a/k/a "Jose Vidales-Mendoza,     :            S2 07 Cr. 756 (RJS)
   a/k/a "Juan Carlos Flores,"      :
   a/k/a "Pepe,"                    :
FRANCISCO AMBRIZ, JR.,              :
   a/k/a "Pee Wee,"                 :
ALBA NAZARIO,                       :
   a/k/a "La Flaca,"                :
   a/k/a "Geovany,"                 :
JEIMY ORTIZ,                        :
EMERSON GUZMAN,                     :
   a/k/a "Flaco,"                   :
   a/k/a "Charlie,"                 :
ELVIS TEJADA,                       :
ROSALY GARCIA-GUZMAN,               :
   a/k/a "Charlie,"                 :
   a/k/a "Shally,"                  :
CANDIDO RAFAEL-FERNANDEZ,           :
   a/k/a "Ralphie,"                 :
CESAR ESTEVEZ,                      :
   a/k/a "Boli,"                    :
   a/k/a "Bolivita,"                :
DEONDRAY KING,                      :
   a/k/a "Deandre King,"            :
   a/k/a "Andre King,"              :
   a/k/a "Champion,"                :
   a/k/a "Champ,"                   :
                                    :
             Defendants.            :
                                    :
- - - - - - - - - - - - - - - - -  x

TO:   Clerk of Court
      United States District Court
      Southern District of New York
```

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                                Southern District of New York

                                            by: <u>/s/ Jenna M. Dabbs</u>
                                            Jenna M. Dabbs
                                            Assistant United States Attorney
                                            Tel: (212) 637-2212
                                            Fax: (212) 637-2387